1  Michele R. Stafford, Esq. (SBN 172509)
   Matthew P. Minser, Esq. (SBN 296344)
2  SALTZMAN & JOHNSON LAW CORPORATION
   1141 Harbor Bay Parkway, Suite 100
3  Alameda, CA 94502
   Telephone: (510) 906-4710
4  Email: mstafford@sjlawcorp.com
   Email: mminser@sjlawcorp.com
5
   Attorneys for Plaintiffs, Operating Engineers'
6  Health And Welfare Trust Fund for Northern California, et al.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | OPERATING ENGINEERS' HEALTH AND                  | Case No. 4:19-cv-00669-KAW
   | WELFARE TRUST FUND FOR NORTHERN
12 | CALIFORNIA; RUSSELL E. BURNS and JAMES           | **PLAINTIFFS' REQUEST TO
   | E. MURRAY, Trustees;                             | CONTINUE CASE
13 |                                                  | MANAGEMENT CONFERENCE;
14 | PENSION TRUST FUND FOR OPERATING                 | ORDER THEREON**
   | ENGINEERS; RUSSELL E. BURNS and JAMES E.
15 | MURRAY, Trustees;                                | Date:      January 28, 2020
   |                                                  | Time:      1:30 PM
16 | PENSIONED OPERATING ENGINEERS'                   | Location:  Oakland Courthouse
   | HEALTH AND WELFARE TRUST FUND;                   |            1301 Clay Street
17 | RUSSELL E. BURNS and JAMES E. MURRAY,            |            Oakland, CA  94612
   | Trustees;
18 |
19 | OPERATING ENGINEERS AND PARTICIPATING
   | EMPLOYERS PRE-APPRENTICE, APPRENTICE
20 | AND JOURNEYMEN AFFIRMATIVE ACTION
   | TRAINING FUND; RUSSELL E. BURNS and
21 | JAMES E. MURRAY, Trustees;
22 | OPERATING ENGINEERS LOCAL UNION NO. 3
   | VACATION, HOLIDAY AND SICK PAY TRUST
23 | FUND; RUSSELL E. BURNS and JAMES E.
   | MURRAY, Trustees;
24 |
25 | HEAVY AND HIGHWAY COMMITTEE; and
   | OPERATING ENGINEERS LOCAL 3 OF THE
26
27
28

1

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. 4:19-cv-00669 KAW**

P:\CLIENTS\OE3CL\Mission Constructors 3\Pleadings\Drafts\Req to Cont CMC 012220.docx

1

2

3

4

5

6

7

8

INTERNATIONAL UNION OF OPERATING
ENGINEERS, AFL-CIO,

                                         Plaintiffs

    v.

MISSION CONSTRUCTORS, INC., a California
Corporation; ISABELLE AQUINE CONCIO, an
individual; and JAIME MACIEL GONZALEZ, an
individual,

                                         Defendants.

9   　   Plaintiffs herein respectfully submit their request that the Case Management Conference,

10  currently on calendar for January 28, 2020, be continued for approximately thirty (30) days. Good cause

11  exists for the granting of the continuance, as follows:

12  　   1.    As the Court's records will reflect, this action was filed on February 6, 2019 [Dkt. #1].

13  　   2.    Defendants were personally served with the Summons and Complaint on March 13,

14  2019, and Proofs of Service were filed with the Court on March 20, 2019 [Dkt. #'s 10-12].

15  　   3.    Defendants submitted a payment for a portion of the amounts owed to Plaintiffs.

16  Defendants also submitted a request for a settlement of the remaining amounts owed to Plaintiffs.

17

18  　   4.    Defendants' settlement request was presented to the Plaintiff Board of Trustees at their

19  meeting for consideration. The Plaintiff Board of Trustees conditionally granted Defendants' request.

20  The Board of Trustees' decision has been relayed to Defendants' Counsel.

21  　   5.    Plaintiffs anticipate that this matter will be resolved by the filing of a Request for

22  Conditional Dismissal on or before January 28, 2020 (the date currently set for the case management

23  conference).

24  　   6.    Accordingly, Plaintiffs respectfully request that the Case Management Conference,

25  currently scheduled for January 28, 2020, be continued for thirty (30) days to allow for Defendants'

26  Counsel to respond to the Board of Trustees' decision. As stated above, Plaintiffs anticipate that the

27  matter will be ultimately resolved by the filing of a Request for Conditional Dismissal, with the

28

2

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. 4:19-cv-00669 KAW**

P:\CLIENTS\OE3CL\Mission Constructors 3\Pleadings\Drafts\Req to Cont CMC 012220.docx

1
2

conditional dismissal becoming a dismissal with prejudice after 12 (twelve) months.

3

       7.     There are no issues that need to be addressed by the Parties at the currently scheduled

4

Case Management Conference. In the interest of conserving costs as well as the Court's time and

5

resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case

6

Management Conference.

7

      Executed this 22nd day of January 2020, at Alameda, California.

8
9

                        SALTZMAN & JOHNSON LAW CORPORATION

10
11

                 By:               /S/
                     Matthew P. Minser

12

                     Attorneys for Operating Engineers' Health And
                     Welfare Trust Fund, et al.

13

IT IS SO ORDERED.

14
15

      The currently set Case Management Conference is hereby continued to

16

_____March 10, 2020_____ at _1:30 pm_____, and all previously set deadlines and dates

17

related to this case are continued accordingly.

      DATED: _____Jan. 23_, 2020

18
19
20

Honorable Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No. 4:19-cv-00669 KAW**

P:\CLIENTS\OE3CL\Mission Constructors 3\Pleadings\Drafts\Req to Cont CMC 012220.docx